# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Abdul Mohammed

                        Plaintiff,

v.                                                     Case No.: 1:21−cv−03261
                                                             Honorable Sharon Johnson Coleman

Jenner & Block, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 12, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants Jody Boquist, Dara Khosrowshahi, Littler Mendelson PC, Rasier LLC, Jennifer Schilling, Uber Technologies Inc.'s unopposed motion for leave to file a memorandum of law in support of their motion to dismiss in excess of 15 pages [32] is granted. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.