# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**ABDUL MOHAMMED,**

    Plaintiff,

v.

**UBER TECHNOLOGIES, INC., et al.,**

    Defendants.

No. 21-cv-3261

Honorable Sharon Johnson Coleman

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on November 19, 2021, at 9:15 a.m., or at such time thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in Courtroom 1241, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present the Jenner Defendants' Joint Motion to Dismiss.

Dated: November 12, 2021

Respectfully submitted,

By: /s/ *David M. Greenwald*

Robert R. Stauffer
rstauffer@jenner.com
David Jimenez-Ekman
Djemenez-ekman@jenner.com
David M. Greenwald
dgreenwald@jenner.com
Katherine R. McLaughlin
kmclaughlin@jenner.com
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Telephone: 312.222.9350
Facsimile: 312.527.0484
*Attorneys for Jenner & Block LLP, Reid Schar, Megan Poetzel, and Daniel Bobier*

## CERTIFICATE OF SERVICE

David M. Greenwald, an attorney, hereby certifies that on November 12, 2021, he caused a copy of ***Jenner Defendants' Notice of Motion*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF *(electronic case filing)* system, which sent notification via electronic mail of such filing to all ECF participants of record, including:

Abdul Mohammed
aamohammed@hotmail.com
258 East Bailey Rd., Apt. C
Naperville, IL 60565
*Pro se Plaintiff*

Jennifer Schilling
jschilling@littler.com
Kerri Feczko
kfeczko@littler.com
LITTLER MENDELSON P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 313.372.7880
*Attorneys for Defendants Uber Technologies, Inc., Raiser, LLC, and Dara Khosrowshahi*

Jennifer Youpa
jyoupa@littler.com
LITTLER MENDELSON P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX 75201
Telephone: (214) 880-8100
Kerri Feczko
kfeczko@littler.com
LITTLER MENDELSON P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 313.372.7880
*Attorneys for Littler Mendelson P.C., Jody Boquist, and Jennifer Schilling*

David Adam Neiman
dneiman@rblaw.net
Jason J. Friedl
jfriedl@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Telephone: 312.458.1000
Facsimile: 312.458.1004
*Attorneys for Antonio Romanucci and Romanucci & Blandin, LLC*

/s/ *David M. Greenwald*