# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Abdul Mohammed

                    Plaintiff,

v.                                                   Case No.: 1:21−cv−03261

                                                          Honorable Sharon Johnson Coleman

Jenner & Block, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 12, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff to file a responses to defendants' motions to dismiss [34] and [36] on or before 12/10/2021. Defendants to file replies on or before 12/24/2021. Once the matter is fully briefed, the Court shall take it under advisement. No appearance necessary on 11/19/2021. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.